■ Peter E. Bissell et al., Respondents, v Town of Amherst, Appellant. [821 NYS2d 527]—Appeal from an order of the Supreme Court, Erie County (Erin M. Peradotto, J.), entered October 13, 2005 in a personal injury action. The order, among other things, denied defendant's motion to set aside the jury verdict and for a directed judgment or, in the alternative, for a new trial.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Gorski, Martoche and Pine, JJ.

■ In the Matter of Roberto Estremera, Petitioner, v Glenn S. Goord, as Commissioner of New York State Department of Correctional Services, Respondent. [821 NYS2d 544]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered March 28, 2006) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.